John H. Genovese, Esq.
Robert F. Elgidely, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
(305) 349-2300 (tel.)
(305) 349-2310 (fax)

Counsel to the Securities Class Action Plaintiffs

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CHARTER COMMUNICATIONS, INC., et al., | : | Case No. 09-11435-JMP |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the IRON WORKERS LOCAL NO. 25 PENSION FUND,

INDIANA LABORERS PENSION FUND, and IRON WORKERS DISTRICT COUNCIL OF

WESTERN NEW YORK AND VICINITY PENSION FUND, as court-appointed Lead Plaintiffs

in the action styled *Iron Workers Local No. 25 Pension Fund v. Allen, et al.*, Case No. 4:09-cv-

00405-JLH (E.D. Ark.), on behalf of themselves and all others similarly situated (hereinafter

referred to collectively as the "Securities Class Action Plaintiffs"), hereby appeal to the United

States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158 and

Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, from the following Order of the

Bankruptcy Court entered on January 26, 2010:

1.    Order Denying Motion For Limited Rehearing, Limited Reconsideration, And/Or
      Limited Relief From Order Confirming Debtors' Joint Plan Of Reorganization [Dkt. No.
      1133].

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

GENOVESE, JOBLOVE & BATTISTA, P.A.
Counsel to the Securities Class Action Plaintiffs
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310
Robert F. Elgidely, Esq.
John H. Genovese, Esq.

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
Counsel to the Securities Class Action Plaintiffs
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Telephone: (561) 750-3000
Telecopier: (561) 750-3364
Stuart A. Davidson, Esq.
Cullin A. O'Brien, Esq.
David J. George, Esq.
Robert J. Robbins, Esq.

KIRKLAND & ELLIS, LLP
*Attorneys for the Debtors*
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Telecopier: (212) 446-4900
Paul Basta, Esq.
Daniel Donovan, Esq.

TOGUT SEGAL & SEGAL LLP
*Attorneys for the Debtors*
One Penn Plaza
New York, NY 10019
Telephone: (212) 594-5000
Telecopier: (212) 967-4258
Albert Togut, Esq.

ROPES & GRAY, LLP
*Attorneys for Creditors' Committee*
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Telecopier: (212) 596-9090
David S. Elkind, Esq.

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
*Attorneys for Paul G. Allen*
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Telecopier: (212) 735-2000
Jay Goffman, Esq.

Dated: February 5, 2010
      Miami, Florida

Respectfully submitted,

GENOVESE, JOBLOVE & BATTISTA, P.A.

By:/s/ Robert F. Elgidely
      Robert F. Elgidely, Esq. (RE-0512)
      John H. Genovese, Esq.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

- and –

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
DAVID J. GEORGE
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Telephone: (561) 750-3000
Telecopier: (561) 750-3364

*Counsel to the Securities Class Action Plaintiffs*