UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF REASSIGNMENT

OF

CASES FROM HON. DENNY CHIN

NOTICE OF REASSIGNMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The cases on the attached list are reassigned to the calendar of:

JUDGE DANIELS

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated:  May 12, 2010

Ruby J. Krajick, CLERK

By: _____
Cecilia Rudden
Deputy Clerk

cc: Attorneys of Record

Judge Chin to Judge Daniels Reassignments

```
06CV3983
08CV4272
08CV10128
09CV3732
09CV6036
09CV7677
09CV9039
09CV9607
09CV10506 - RELATED CASES:
            09CV10566
            10CV2929
            10CV2930
10CV1068
10CV2187
10CV3377
```